IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENEE JACKSON | : |
| | :    Civil Action No. 15-5728 (ECB) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| GREATER PHILADELPHIA HEALTH | : |
| ACTION, INC., et al. | : |
| | : |
| Defendants. | : |

## STIPULATION TO SUBSTITUTE THE UNITED STATES AS DEFENDANT AND FOR VOLUNTARY DISMISSAL

The undersigned parties Renee Jackson, Thomas Jefferson University Hospitals, Inc., Methodist Hospital Division (incorrectly identified separately in the caption as Methodist Hospital and Thomas Jefferson University Hospital, Inc. – Methodist Hospital Division), Anthony Luistro, Michael Spiliopoulos, Melora Jones, Southeast Health Center, and Greater Philadelphia Health Action, Inc. hereby stipulate and agree as follows:

1) to dismiss with prejudice defendants Southeast Health Center, Greater Philadelphia Health Action, Luistro, Spiliopoulos, and Jones (the "federal defendants"), pursuant to 42 U.S.C. § 233(c), and to substitute the United States as the sole federal defendant in their stead;[1] and

2) to dismiss this action with prejudice against the United States and the remaining non-federal defendants Thomas Jefferson University Hospitals, Inc., Methodist Hospital

---

[1] The reasons for the dismissal and substitution are set forth in the "Federal Defendants' Motion to Substitute the United States and to Dismiss the Plaintiff's Complaint" at Doc. No. 2, 10/28/15.

Division (incorrectly identified separately in the caption as Methodist Hospital and Thomas Jefferson University Hospital, Inc. – Methodist Hospital Division), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear their own costs and fees.

Dated: February 1, 2016

BLAKE L. BERENBAUM, ESQ.
*Counsel for Plaintiff*

ZANE DAVID MEMEGER
United States Attorney

MARGARET L. HUTCHINSON
Chief, Civil Division
Assistant United States Attorney

Dated: February 1, 2016

JUDITH A. AMOROSA
Assistant United States Attorney
*Counsel for the Federal Defendants/USA*

2

Dated: December 15, 2015

MICHAEL O. PITT, ESQUIRE
CHRISTINE N. DANTONIO, ESQUIRE
*Counsel for Defendant,*
Thomas Jefferson University Hospitals, Inc.,
Methodist Hospital Division (incorrectly
identified separately as Methodist Hospital
and Thomas Jefferson University Hospital,
Inc. – Methodist Hospital Division)

(1) APPROVED by the Court this 3 day of February, 2015.

HONORABLE EDUARDO C. ROBRENO
*Judge, United States District Court*

(1) The case shall be marked closed.

3